

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HOMER A. STILLWELL, III; ELIZABETH ROBERTSON, MARGUERITE H. BENSON, ADAM LEIGHTON, III, AND BLACK MOUNTAIN OPERATING, LLC, | § § § | |
| | § | No. 08-21-00131-CV |
| Appellants, | | |
| | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| JOHN F. STEVENSON, BORDEN W. STEVENSON, JOAN PIRIE LECLERC, JOHN T. PIRIE, SOPHIE H. PIRIE, BLAKE OIL AND GAS CORPORATION, MDJ MINERALS, L.L.P., WADE P. KOEHL, AND AOG PERMIAN PARTNERS, LTD., | § § § | of Reeves County, Texas (TC# 21-06-24028-CVR) |
| Appellees. | § | |

**J U D G M E N T**

The judgment of the Court issued November 30, 2022 is withdrawn, and the following is the judgment of the Court.

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the trial court's grant of the John Borden Heirs' summary judgment and affirm the trial court's denial of the Courtney Borden Heirs' summary judgment. We remand the case for further proceedings consistent with this opinion.We further order that Appellants recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF MARCH, 2023.


                                        YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.
J. Alley (not participating)